AO 91 (Rev.11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**DEC 1 3 2019**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:19-mj-00681-JTR |
| PAUL ALEXANDER SPINNER | ) |

## CRIMINAL COMPLAINT

I, Nicholas Underhill, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about December 13, 2019 in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 545 | Smuggling Goods into the United States |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Nicholas Underhill, U.S. Postal Inspector, USPIS
Printed name and title

☑ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 12-13-19

_____
Judge's signature

John T. Rodgers, United States Magistrate Judge
Printed name and title

City and state:   Spokane, Washington

P40306jm.SLA